UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
SEATTLE DIVISION

| | |
|---|---|
| TERRY J. BROWN,<br><br>    Plaintiff,<br><br>    vs.<br><br>CAROLYN W. COLVIN,<br>Acting Commissioner of Social Security,<br><br>    Defendant. | Civil No. 2:13-CV-01968-RSL-BAT<br><br>**REPORT AND RECOMMENDATION** |

Plaintiff appeals the denial of his application for disability benefits. Dkt. 3. The parties stipulate the case should be reversed and remanded. Dkt. 25. The Court has considered the stipulation and the record and recommends the case be **REVERSED** and **REMANDED** under sentence four of 42 U.S.C. § 405(g) for a *de novo* hearing and further administrative proceedings, including but not limited to the following:  The administrative law judge (ALJ) shall give further consideration to the opinion evidence of record, particularly the opinion of Gerald Cavenee, Ph.D.; further evaluate Plaintiff's subjective complaints; reassess Plaintiff's maximum residual functional capacity; determine whether Plaintiff can perform the demands of past relevant work and; if warranted, obtain supplemental vocational expert testimony to assist in determining whether Plaintiff can perform the physical and mental demands of past relevant work or other work in the national economy on a sustained basis.

Page 1     ORDER - [2:13-CV-01968-RSL-BAT]

Because the parties have stipulated the case be remanded as set forth above, the Court recommends that United States District Judge Robert S. Lasnik immediately approve this Report and Recommendation and order the case **REVERSED** and **REMANDED** for further administrative proceedings as set forth above. A proposed order accompanies this Report and Recommendation.

DATED this 9th day of July, 2014.

BRIAN A. TSUCHIDA
United States Magistrate Judge