UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TERRY J. BROWN,

           Plaintiff,

  v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security,

           Defendant.

Case No. C13-1968-RSL

**ORDER**

The Court, having considered the stipulated motion for remand, Dkt. 23, the Report and Recommendation of United States Magistrate Judge Brian A. Tsuchida, and the balance of the record, **ORDERS**:

(1)    The Court adopts the Report and Recommendation.

(2)    The Commissioner's decision is **REVERSED** and the case is **REMANDED** for further proceedings consistent with the Report and Recommendation.

(3)    The Clerk shall send copies of this Order to the parties.

DATED this 10th day of July, 2014.

                                        */s/ Robert S. Lasnik*
                                        Robert S. Lasnik
                                        United States District Judge

ORDER - 1